UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT GREENEVILLE

| | |
|---|---|
| KIMBERLY JOAN ELLIS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | No. 2:20-CV-223-JRG-HBG |
| ) | |
| ETHICON, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER

This case is before the undersigned pursuant to 28 U.S.C. § 636, the Rules of this Court, and Standing Order 13-02.

Now before the Court is Defendants' Motion to Withdraw Appearance of Counsel. [Doc. 77] Defendants move the Court to enter an order allowing attorneys Christy D. Jones, William M. Gage, David B. Thomas, Susan M. Robinson, and Phillip J. Combs to withdraw as counsel. Attorneys Kari L. Sutherland, Amy M. Pepke, and Andrew David Tharp will remain as counsel for Defendants.

Because continuity of counsel is ensured, the Court finds the Motion **[Doc. 77]** well taken, and it is **GRANTED**. *See also* E.D. Tenn. L.R. 83.4(f) ("Where a party is represented by multiple counsel of record, an attorney may withdraw, provided the party is still being represented by another attorney of record, upon the filing of a notice of withdrawal."). Attorneys Jones, Gage, Thomas, Robinson, and Combs are **RELIEVED** of their duties as counsel in this matter

. **IT IS SO ORDERED.**

ENTER:

*/s/ Bruce Guyton*
United States Magistrate Judge